FILED
JUL 11 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. S1-4:18-CR-00697 HEA |
| STEVE WILLIAMS, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 23, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**STEVE WILLIAMS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


LINDA LANE, # 0011451IA
Assistant United States Attorney