

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Violent Crime Unit*

---

*Linda R. Lane*  *Thomas Eagleton U.S. Courthouse*  OFFICE:  314-539-2200
*Assistant United States Attorney*  *111 S. 10th Street, Rm. 20.333*  DIRECT: 314-539-2772
 *St. Louis, MO  63102*  linda.lane@usdoj.gov


July 15, 2019

<u>**VIA ELECTRONIC SERVICE**</u>
Mr. Robert Taaffe, Jr.
1015 Locust, Suite 725
St. Louis, Missouri 63101

      In re:  **Stipulations**
             United States v. Steve Williams
             Cause No. S1- 4:18 CR 697 HEA

Dear Mr. Taaffe:

    Count One of the indictment charges Mr.  Williams with being a felon in possession of a firearm on July 23, 2018, in violation of 18 U.S.C. § 922(g)(1).

    In anticipation of the upcoming July 22, 2019, trial and in an effort to conserve time and resources, enclosed please find a proposed stipulation of facts to which your client and the United States of America may agree. The enclosed stipulation specifically addresses your client's status as a previously convicted felon. It also addresses the concerns expressed by the United States Supreme Court in <u>Old Chief v. United States</u>, 519 U.S. 172 (1997) and <u>Rehaif v. United</u>, ___ U.S. ___ (June 21, 2019).

    I would appreciate a response to the enclosed stipulation by no later than the close of business on Wednesday, July 17, 2019.

                                        Very truly yours,

                                        JEFFREY B. JENSEN
                                        United States Attorney

                                        <u>s/ *Linda Lane*                   </u>
                                        BY:    LINDA LANE
                                        Assistant United States Attorney


Enclosure
Cc: Clerk, Untied States District Court (w/o encls.)